STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MOSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13-00211 YGR |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 18, 2013 ~~AND [PROPOSED] ORDER~~ |
| v. | ) | |
| MILTON MOSS, | ) | |
| Defendant. | ) | |

The above-captioned matter is set on June 20, 2013 before this Court for a status hearing. The parties jointly request and stipulate that the Court continue the matter to July 18, 2013 at 2:00 p.m.

Defense counsel has recently received discovery and is in the process of reviewing the discovery and needs more time for factual investigation and to research the case. Defense counsel also anticipates being unavailable on June 20, 2013 due to illness.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. Req. To Continue Hearing Date

Accordingly, the parties agree that the period of time from June 20, 2013 until July 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of defense counsel and also for continuity of defense counsel, taking into account the exercise of due diligence.

DATED: June 19, 2013

/s/
BRIAN LEWIS
Assistant United States Attorney

DATED: June 19, 2013

/s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Milton Moss

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of June 20, 2013, scheduled at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, be vacated and reset for July 18, 2013, at 9:30 AM ~~2:00 p.m.~~ for STATUS.

June __20__, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States Distirct Judge

Stip. Req. To Continue Hearing Date    2